AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 04 2009

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| SCOTT RHEAM | Case No. 4:08CR00409 HDY |
| | USM No. |
| | Scott Rheam (pro se) |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36CFR261.58bb | Possession of Alcohol in National Forest | 03/15/2008 | 1 |

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 10.00 | $ 100.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 4549

Defendant's Year of Birth: 1970

City and State of Defendant's Residence:
Malvern, AR

03/04/2009
Date of Imposition of Judgment

_____
Signature of Judge

U.S. Magistrate Judge
Name and Title of Judge

03/04/2009
Date